# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, | ) |
| Plaintiff, | ) |
| | ) No. 19-cv-8332 |
| v. | ) |
| | ) Judge Mary M. Rowland |
| GOLDEN MILE HOTELS, LLC, | ) Magistrate Judge Jeffrey Cummings |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant Golden Mile Hotels, LLC, by and through their respective undersigned counsel, jointly stipulate to the dismissal without prejudice of the instant action, each party to bear its own costs and attorney's fees.

STIPULATED AND AGREED:

| | |
|---|---|
| s/ *R. Joseph Kramer* | s/ *Gregory P. Casimer* |
| R. Joseph Kramer | Gregory P. Casimer |
| KRAMER INJURY LAW LLC | THORELLI & ASSOCIATES |
| 225 W. Washington Street, Ste. 2200 | 70 W. Madison Street, Suite 5750 |
| Chicago, IL 60606 | Chicago, IL 60602 |
| Phone: (312) 775-1012 | Phone: (312) 357-0300 |
| Joe@rjklawyer.com | greg@thorelli.com |
| *Attorney for Plaintiff Muhammad* | *Attorney for Defendant Golden Mile Hotels, LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on February 27, 2020.

/s/ R. Joseph Kramer
R. Joseph Kramer