# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Rasul Muhammad

                        Plaintiff,

v.                                                         Case No.: 1:19–cv–08332
                                                                     Honorable Mary M. Rowland

Golden Mile Hotels, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 28, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the parties' joint stipulation of dismissal, this case is dismissed without prejudice, with each party to bear its own costs and attorney's fees. Any pending motions or schedules in this case are stricken as moot. Initial status set for 3/5/20 is stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.